UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    SONIA ECHEVARRIA  
    EDGARDO R. ECHEVARRIA  
    Debtor(s)

Case No. 10-04079

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/02/2010.

2) The plan was confirmed on 04/09/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/16/2011.

5) The case was dismissed on 12/09/2011.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,121.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $34,175.82 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$34,175.82** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,783.59 |
| Other | $30.52 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,314.11** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCELERATED REHABILITATION CT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| ACCURATE ENDODONTICS | Unsecured | 38.20 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 12.12 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 362.89 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 573.29 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 168.85 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 152.58 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,233.64 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 705.01 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Secured | 2,376.69 | 2,376.69 | 2,376.69 | 584.91 | 147.25 |
| AZTECA FENCES | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING LP | Secured | 24,482.00 | 22,303.80 | 22,303.80 | 1,726.81 | 0.00 |
| BAC HOME LOAN SERVICING LP | Secured | 0.00 | 0.00 | 0.00 | 25,932.19 | 0.00 |
| BANK OF AMERICA | Unsecured | 279.10 | NA | NA | 0.00 | 0.00 |
| BANKCARD SERVICES | Unsecured | 865.19 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 659.50 | 704.50 | 704.50 | 0.00 | 0.00 |
| CITICORP | Unsecured | 268.44 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,020.00 | 3,560.00 | 3,560.00 | 0.00 | 0.00 |
| CITY OF NORTH CHICAGO | Secured | 223.11 | 223.11 | 223.11 | 223.11 | 0.00 |
| CMG GROUP LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 533.34 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 87.95 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 11.35 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 238.76 | NA | NA | 0.00 | 0.00 |
| DOT ENDOCRINE CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| DOT ENDOCRINE CENTER | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 390.00 | 607.37 | 607.37 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 1,108.93 | 1,108.93 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Unsecured | 643.92 | 1,247.16 | 1,247.16 | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 791.46 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK MARIN | Unsecured | 725.86 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 404.94 | NA | NA | 0.00 | 0.00 |
| FLANNIGANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GEVALIA KAFFE | Unsecured | 32.15 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 589.91 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 666.38 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 1,203.00 | 1,203.00 | 1,203.00 | 0.00 | 0.00 |
| KARYN KARLIN | Unsecured | 20.73 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 34.47 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 360.67 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 17.71 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE | Unsecured | 822.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 65.40 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 39.60 | NA | NA | 0.00 | 0.00 |
| MINUTE CLINIC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MUSIC & ARTS CENTERS | Unsecured | 1,163.20 | NA | NA | 0.00 | 0.00 |
| NORTH CHICAGO FIRE DEPT | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 113.57 | 113.57 | 113.57 | 19.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE GASTROENTEROLOGY | Unsecured | 163.82 | NA | NA | 0.00 | 0.00 |
| ORION ANESTHESIA ASSOC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Secured | 655.68 | 655.68 | 655.68 | 189.04 | 39.40 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 774.93 | 614.33 | 614.33 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 621.74 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 346.82 | 346.82 | 346.82 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 436.98 | 436.98 | 436.98 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 235.02 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 958.82 | 958.82 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 15.22 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 258.70 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 820.65 | 1,115.93 | 1,115.93 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 495.64 | 561.68 | 561.68 | 0.00 | 0.00 |
| SBC | Unsecured | 209.21 | 259.85 | 259.85 | 0.00 | 0.00 |
| SIGMA HEALTH | Unsecured | 399.64 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 566.93 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,948.00 | 2,538.56 | 2,538.56 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 300.23 | 100.38 | 100.38 | 0.00 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 2,762.12 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 352.00 | 235.02 | 235.02 | 0.00 | 0.00 |
| XAVIER PARRENO INTERNAL MEDIC | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $25,932.19 | $0.00 |
| Mortgage Arrearage | $22,303.80 | $1,726.81 | $0.00 |
| Debt Secured by Vehicle | $3,032.37 | $773.95 | $186.65 |
| All Other Secured | $223.11 | $223.11 | $0.00 |
| **TOTAL SECURED:** | **$25,559.28** | **$28,656.06** | **$186.65** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$15,712.90** | **$19.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,314.11 |
| Disbursements to Creditors | $28,861.71 |
| **TOTAL DISBURSEMENTS** : | **$34,175.82** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2012                       By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**